■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MAIORINO, Appellant.—Appeal by defendant, as limited by his brief, from two sentences of the Supreme Court, Kings County (Lagana, J.), both imposed April 13, 1985.

Sentences affirmed.

Criminal Term properly adjudicated defendant a second felony offender. The minutes of his prior pleas of guilty establish that those pleas were not taken in violation of his constitutional rights *(see,* CPL 400.21). Mollen, P. J., Brown, Niehoff and Eiber, JJ., concur.